U.S. DISTRICT COURT
EASTERN DISTR. OF VIRGINIA
RICHMOND DIVISION

| DR. R. CEASAR | CIVIL ACTION |
| VERSUS | NO. 3:19cv495 |
| CAPITAL ONE President/CEO | JUDGE _____ MAGISTRATE JUDGE |

## COMPLAINT

NOW INTO COURT, comes plaintiff Dr. Ron Ceasar with <u>facts</u> and <u>evidence</u> to support charges of <u>continued racial discrimination</u> in lending practices in violations (by Capital One) of the <u>FAIR CREDIT REPORTING ACT</u> and other federal laws & furthers avers that:

1.
This honorable court has jurisdiction for all defendants or entities reside or are domiciled in Virginia.

(1)

2.

This action arises out of Capital One Bank via its employees or agents' _systematically violating the civil rights of Dr. Ron Ceasar_, a _U.S. Navy Veteran_, _32nd Degree Mason_ and pillar of his community, when they closed his BUSINESS Account (opened 9 years) for a _Sub Chapter S Corporation_, which the Supreme Court ruled recently is _treated as a separate entity_ from owner or stockholders. You don't close an Exxon Account aiming at President (illegal.)

3.

On May 31, 2019; Capital One Bank (Ceasar's Acct. & Tax sister) _without notice_, closed a _business account managed by Dr. Ron Ceasar damaging the business_ and its credit in _retaliation for filing a federal complaint against Capital One._ Severe violation

4.

This is not only _wrong_, but also _illegal!_

(2)

5.

A claim can be obtained via the **1866 Civil Rights Act**, for Dr. Ceasar is a Black male businessman, born in the USA, age 66, & pillar of community. Also 1964 Civil Rights Act, & the 1983 Civil Rights Act. Wherefore, Capital One is in violations of numerous **federal laws protecting minorities** from **malicious behaviors against** U.S. citizens based on **race & age**, plaintiff prays that this honorable court **awards 1 million dollars in compensatory damages** & $50,000 in punitive damages to **send a message** to others that **crime does not pay, but you will,** if you violate minority civil rights!

Plaintiff further requests trial by jury.

This the 14th of Our Lord, June 2019 at Opelousas, LA.
email: rrceas1@yahoo.com

Respectfully by:
Dr. R. Ceasar
P.O. Box 1281
Opelousas, LA 70571
Ph (225) 328-4515

(3)