

June 14, 2019

To: Clerk
U.S. District Court
EASTERN DISTR of Virginia

Subject: Complaint; CEASAR
vs
Capital One

Reference: Federal Codes of Civil Procedure

Dear Clerk:

Please file the enclosed pleadings into the records and return a <u>stamped</u> copy of same to me. A <u>pre-addressed, postage pre-paid</u> envelope and copy is enclosed for your perusal.

Respectfully,

email: rrceas1@yahoo.com
Ph: (225) 287-3383

Dr. Ron Ceasar
P.O. Box 1281
Opelousas, LA 70571